# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 25-30228

———————————

United States Court of Appeals
Fifth Circuit

**FILED**

February 23, 2026

Lyle W. Cayce
Clerk

In the Matter of Maison Royale, L.L.C.

*Debtor*,

Rick M. Sutton,

*Appellant*,

*versus*

Jack Adams,

*Appellee*.

———————————————————————

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:24-CV-1659

———————————————————————

Before Richman, Engelhardt, and Wilson, *Circuit Judges*.

Per Curiam:[*]

This bankruptcy appeal is the latest controversy in a dozen-year dispute between Appellant Rick Sutton and Appellee Jack Adams following their contentious business venture. Although the state-court litigation is

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-30228

rather sprawling, our inquiry here is narrow: Did the bankruptcy court err in allowing a portion of Adams's claim for money he purportedly loaned Maison Royale over Sutton's objections that the relevant transactions were not loans and that, in any event, Adams's claim is untimely?

We see no reversible error in the bankruptcy court's order or the district court's affirmance. For the reasons stated in those thorough rulings, the contested transactions are properly deemed loans, and Adams's claim is timely under any calculation. Accordingly, the judgment is AFFIRMED.